GEORGE EINSTEIN, Appellant, *v.* CLIMAX CYCLE COMPANY, Defendant; ELI M. COHEN, Junior Attaching Creditor, Respondent.

*Einstein* v. *Climax Cycle Co.*, 13 App. Div. 624, appeal dismissed.
(Argued March 15, 1897; decided March 26, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 22, 1897, which affirmed an order of Special Term vacating a warrant of attachment.

*David Leventritt, Harold Nathan* and *Frederick E. Perham* for appellant.

*Stillman F. Kneeland* and *Henry Hoelljes* for respondent.

Appeal dismissed, with costs; no opinion.
All concur, except O'BRIEN, HAIGHT and VANN, JJ., dissenting.

———

In the Matter of Grading, etc., FIFTH AVENUE to the City Line of Brooklyn in the Town of New Utrecht; Estates of KENT and LANGLEY, Appellants.

*Matter of Fifth Avenue*, 91 Hun, 259, affirmed.
(Argued March 15, 1897; decided March 26, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the second judicial department, entered December 12, 1895, which affirmed an order of Special Term confirming the report of commissioners for the grading of Fifth avenue.

*H. B. Hubbard* and *John D. Pray* for appellants.

*James C. Church* for respondents.

Order affirmed, with costs; no opinion.
All concur.